1  H. Grant Law (SBN: 14450)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California  94104-2828
   Telephone:     415.544.1900
5  Facsimile:     415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  TASHA RUDOLPH, MISTY ONIGKET,          | Case No. C-06-06571 JCS

12                                         | STIPULATION FOR DISMISSAL WITH
                  Plaintiff,               | PREJUDICE AND [PROPOSED] ORDER
13                                         | DISMISSING MATTER WITH
         vs.                               | PREJUDICE
14
    FORD MOTOR COMPANY, also know as       | [RULE 41(a)(1), F.R. Civ.Proc.]
15  FORD MOTOR COMPANY U.S.A, DOE
    BUSINESS ENTITIES 1-10; DOE
16  INDIVIDUALS 1-10,

17
                  Defendants.
18

19

20         Pursuant to a settlement agreement and the execution of a General Release Agreement

21  between all parties in this matter, Plaintiffs TASHA RUDOLPH and MISTY ONIGKET, and

22  Defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, hereby

23  agree and stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court

24  may dismiss this matter WITH PREJUDICE, all parties bearing their own attorneys' fees and costs.

25

26

27

28
                                    1

117172v1

1    IT IS SO STIPULATED:

2

3    Date: January ___8___, 2007                        SHOOK, HARDY & BACON L.L.P.

4

5                                                        By:_____
                                                            H. GRANT LAW
6                                                           AMIR NASSIHI

7
                                                        Attorneys for Defendant
8                                                       FORD MOTOR COMPANY

9    Date: January _____, 2007                          MCHUGH & MCHUGH LLP

10

11                                                       By:_____
                                                            STEVEN J. MCHUGH
12                                                          DEBRA A. MCHUGH

13                                                       Attorneys for TASHA RUDOLPH and
                                                         MISTY ONIGKET
14

15

16             **[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE**

17         Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is

18   HEREBY DISMISSED WITH PREJUDICE, all parties to bear their own attorneys' fees and costs.

19

20         IT IS SO ORDERED:

21

22

23   Dated: January _____, 2007                         _____
                                                         JOSEPH C. SPERO
24                                                       United States Magistrate Judge

25

26

27

28
                                          2
     ────────────────────────────────────────────────────────────────────────
            STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
     117172v1                                                  C-06-06571 JCS

IT IS SO STIPULATED:

Date: January ____, 2007

SHOOK, HARDY & BACON L.L.P.

By:_____
    H. GRANT LAW
    AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

Date: January 5, 2007

MCHUGH & MCHUGH LLP

By:_____
    STEVEN J. MCHUGH
    DEBRA A. MCHUGH

Attorneys for TASHA RUDOLPH and
MISTY ONIGKET

[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is HEREBY DISMISSED WITH PREJUDICE, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: January _9_, 2007

Judge Joseph C. Spero

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
C-06-06571 JCS